# United States Court of Appeals
## FOR THE EIGHTH CIRCUIT

_____

No. 00-1843

_____

Charles Armstrong,                          *
                                            *
            Appellant,                      *
                                            *
      v.                                    *      Appeal from the United States
                                            *      District Court for the
                                            *      Eastern District of Missouri.
United States of America; State of          *
Missouri; City of Vinita Park, Missouri;    *         [UNPUBLISHED]
Missouri Department of Social Services;      *
Missouri Division of Family Services,       *
                                            *
            Appellees.                      *

_____

Submitted:  July 6, 2000

Filed:   July 12, 2000

_____

Before McMILLIAN, LOKEN, and MORRIS SHEPPARD ARNOLD, Circuit Judges.

_____

PER CURIAM.

Charles Armstrong appeals from the district court's[1] order dismissing his 42 U.S.C. §§ 1983 and 1985 action without prejudice under 28 U.S.C. § 1915(e)(2)(B).

_____

[1]The Honorable Stephen N. Limbaugh, United States District Judge for the Eastern District of Missouri.

After reviewing the record de novo and liberally construing Mr. Armstrong's complaint, we conclude that dismissal was proper.  See West v. Atkins, 487 U.S. 42, 48 (1988) (§ 1983 plaintiff must allege violation of federally protected right); United Bhd. of Carpenters & Joiners of Am., Local 610 v. Scott, 463 U.S. 825, 834-35 (1983) (§ 1985(3) requires plaintiff to establish membership in class suffering from invidious discrimination and establish defendants' actions were motivated by racial animus or other type of class-based discrimination); Haines v. Kerner, 404 U.S. 519, 520 (1972) (per curiam) (pro se complaint shall be liberally construed); Moore v. Sims, 200 F.3d 1170, 1171 (8th Cir. 2000) (per curiam) (standard of review); Madewell v. Roberts, 909 F.2d 1203, 1208 (8th Cir. 1990) (liability under § 1983 requires causal link to, and direct responsibility for, deprivation of rights).

Accordingly, we affirm.  See 8th Cir. R. 47A(a).

A true copy.

Attest:

CLERK, U.S. COURT OF APPEALS, EIGHTH CIRCUIT.